### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MONA GLANT )<br>)<br>PLAINTIFF, )<br>)<br>vs. )<br>)<br>HONORABLE ELAINE CHAO, )<br>Secretary of Transportation, et al. )<br>)<br>Defendants. ) | Case No: CIV-2015-925-F |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Parties, and hereby gives notice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff dismisses with prejudice any and all claims alleged against Defendant Raytheon, including all claims that were or might have been asserted in this action. The Parties further stipulate that each party shall be responsible for its own costs and attorneys' fees.

**RESPECTFULLY SUBMITTED THIS 5th DAY OF JULY 2017.**

 /s/ Christine C. Vizcaino
Christine C. Vizcaino, OBA No. 30527
Mazaheri Law Firm, PLLC
3445 W. Memorial Rd. Ste. H
Oklahoma City, OK 73134
christine@mazaherilaw.com

/s/ Tony G. Puckett
*(signed by filing party with permission)*
Tony G. Puckett
Anna Lukeman
McAfee & Taft
Tenth Floor, Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102

## **CERTIFICATE OF SERVICE**

  A true copy of the foregoing was filed and served by use of this Court's ECF system of filing and service to the opposing counsel below listed on this 5th day of July, 2017.

Tony G. Puckett
Anna Lukeman
McAfee & Taft
Tenth Floor, Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102
***Attorney for Defendant Raytheon***

                /s/ Christine C. Vizcaino